DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## MATTHEWS v. JOHNSON PUBLISHING CO.

No. 215P88.

Case below: 89 N.C. App. 522.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 July 1988.

## N.C. DEPT. OF JUSTICE v. EAKER

No. 258P88.

Case below: 90 N.C. App. 30.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 July 1988.

## PIEPER v. PIEPER

No. 303PA88.

Case below: 90 N.C. App. 405.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 28 July 1988.

## PROCESS COMPONENTS, INC. v. BALTIMORE AIRCOIL CO., INC.

No. 244PA88.

Case below: 89 N.C. App. 649.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 28 July 1988.

## STATE v. ANDERSON

No. 243P88.

Case below: 89 N.C. App. 723.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1988.